IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAY MANWARREN,

      Plaintiff,

v.

UNITED REVENUE CORP.,

      Defendant.

Case No. 3:11-963-DGW-JPG

<u>ORDER</u>

    This matter comes before the Court on the Motion to Dismiss with Prejudice (Doc. 5) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff Ray Manwarren. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  The defendant has not served an answer or motion for summary judgment in this case.

    Because the plaintiff has an absolute right to dismiss this case at the present time, the Court **GRANTS** the motion (Doc. 5), finds the action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

    **IT IS SO ORDERED.**
    **DATED:** December 14, 2011

    s./ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**