IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAY MANWARREN, | |
|     Plaintiff, | |
| v. | Case No. 3:11-cv-00963-DGW-JPG |
| UNITED REVENUE CORP., | |
|     Defendant. | |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: December 14, 2011**

**NANCY ROSENSTENGEL, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**Approved: s./ J. Phil Gilbert**
**J. PHIL GILBERT**

**DISTRICT JUDGE**