IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAY MANWARREN,

    Plaintiff,

v.

UNITED REVENUE CORP.,

    Defendant.

Case No. 3:11-cv-00963-DGW-JPG

## **JUDGMENT**

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: December 14, 2011**

                                      **NANCY ROSENSTENGEL, CLERK**

                                      **By:s/Deborah Agans, Deputy Clerk**

**Approved: s./ J. Phil Gilbert**
            **J. PHIL GILBERT**

**DISTRICT JUDGE**